# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2021 KW 0869R

VERSUS

DAMON CAIN, JR.

**AUGUST 1, 2022**

---

In Re:    Damon Cain, Jr., applying for supervisory writs, 19th
          Judicial District Court, Parish of East Baton Rouge,
          No. DC-20-01217.

---

**BEFORE:    WHIPPLE, C.J., PENZATO AND HESTER, JJ.**

**MOTION TO DISMISS WRIT APPLICATION GRANTED.**

**VGW**
**AHP**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT